## Weitz *v.* Anderson, Appellant.

Argued September 15,

1971. *I. B. Sinclair,* with him *Bell, Pugh, Sinclair and Prodoehl,* for appellant; *Francis R. Lord,* with him *Lord & Mulligan,* for appellee.

Order affirmed.